IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **RICHARD HIRSCH,** *et al.*, | § § § | |
| Plaintiff | § § | |
| V. | § § | CASE NO. 2:06-CV-55 |
| **AMERICAN EXPRESS COMPANY,** *et al.*, | § § § | |
| Defendant | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATIONS OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration (Doc. No. 18). The parties did not file any objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings of this Court. Accordingly, it is

ORDERED that Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. No 13) be GRANTED. Further, it is

ORDERED that this case be **ADMINISTRATIVELY CLOSED** pending completion of arbitration on an individual basis. Further, it is

ORDERED that the parties report to the Court every sixty days on the status of the arbitration proceeding.

So ORDERED and SIGNED this 5th day of December, 2006.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE